1) I, Margery Mock, am a 28 year-old woman.
2) I was arrested on March 6, 2018 by the Glynn County Police Department for a misdemeanor.
3) I was charged with criminal trespass.
4) The person in the jail who took my fingerprints & mugshot told me my bond $1256.
5) I was never asked if I could afford to pay $1256 for bail or any other amount.
6. I have not seen a judge since I have been in jail.
7. I have missed the deadline to have my property removed from storage, which was March 7, 2018 @ 12pm.
8. The property in storage was everything I owned.
9. I have an 8 year old daughter.
10. I am currently unemployed but I receive survival benefits.
11. I am struggling financially and do not have stable housing.
12. I have had to live at a hotel for a couple of months.

13. I have even stayed the night at my storage unit.
14. Technically, I am currently homeless.
15. I can not afford to pay my bail.
16. I dont know when I'm going to get to go to court.
17. I have not spoken to a lawyer and I do not know how to get one.
18. I can not afford to hire a lawyer.

I declare under penalty of perjury that the forgoing is true and correct.

Margery Mock
*Margery Mock*
3-8-2018

## CERTIFICATE OF SERVICE

I hereby certify that arrangements have been made to, on this date, deliver a true and correct copy of the foregoing by hand delivery to the following at the below addresses:

E. Neal Jump, Sheriff
Glynn County Sheriffs' Office
100 Sulphur Springs Rd.
Brunswick, GA 31520

Hon. Alex Atwood, Chief Magistrate Judge
P.O. Box 1355
Brunswick, Ga 31521

B. Reid Zeh, III, Misdemeanor Public Defender
1628 Union St.
Brunswick, GA 31520

Formal proof of service will be filed with the Court when completed.

I further certify that arrangements have been made to, on this date, deliver a true and correct courtesy copy of the foregoing by hand delivery and by electronic mail to the following:

Aaron W. Mumford
Glynn County Attorney
701 "G" Street, Second Floor, Historic Courthouse
Brunswick, GA 31520

on this March 9, 2018.

_____
James A. Yancey, Jr.