I, Eric Scott Ogden, Jr., hereby state as follows:

1. On the evening of March 6, 2018, I was arrested by the Glynn County police department on charges of criminal trespass.

2. About an hour after my arrest, I was booked into the Glynn County Detention Center. I asked my booking officer what my bond was, and he said "around $1,000." I asked him if I could post 10%, because I had $100, and he said no.

3. I cannot afford to pay $1,000.

4. While I was employed recently, within the last 5-6 months I have become unemployed. Currently, my partner and I live off of her social security benefits. We do not have another source of income. We have about $1,000 per month through

her benefits.

5. At the time of my arrest, I was without stable housing and homeless. My partner and I were staying in a storage unit. All of my belongings, as well as my cat and dog, are still in the storage unit. I am concerned about what will happen to my pets while I am incarcerated.

6. No one, including any judge, has asked me whether I can afford $1,000 bail.

7. I have not yet appeared in any court proceedings. No one has informed me of any court date.

8. I have not heard from a public defender.

9. I have not been given any information about how to reach my public defender yet.

10. If I am not released soon, I risk losing my belongings in my storage unit.

11. I am a 30-year-old man.

12. I have three daughters.

Signed,

*[signature]*

Eric Scott Ogden, Jr.
March 8, 2018

## CERTIFICATE OF SERVICE

I hereby certify that arrangements have been made to, on this date, deliver a true and correct copy of the foregoing by hand delivery to the following at the below addresses:

E. Neal Jump, Sheriff
Glynn County Sheriffs' Office
100 Sulphur Springs Rd.
Brunswick, GA 31520

Hon. Alex Atwood, Chief Magistrate Judge
P.O. Box 1355
Brunswick, Ga 31521

B. Reid Zeh, III, Misdemeanor Public Defender
1628 Union St.
Brunswick, GA 31520

Formal proof of service will be filed with the Court when completed.

I further certify that arrangements have been made to, on this date, deliver a true and correct courtesy copy of the foregoing by hand delivery and by electronic mail to the following:

Aaron W. Mumford
Glynn County Attorney
701 "G" Street, Second Floor, Historic Courthouse
Brunswick, GA 31520

on this March 9, 2018.

_____
James A. Yancey, Jr.