IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| MARGERY FREIDA MOCK and ERIC SCOTT OGDEN, JR., individually and on behalf of others similarly situated, | * * * * | |
| Plaintiffs | * * | |
| v. | * * | Case Number: 2:18-cv-25 |
| GLYNN COUNTY, GEORGIA; E. NEAL JUMP, Glynn County Sheriff; ALEX ATWOOD, Glynn County Chief Magistrate Judge; and B. REID ZEH III, Glynn County Misdemeanor Public Defender, | * * * * * * | |
| Defendants | * | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

COME NOW all of the Defendants described herein, by and through their counsel, and file this their Motion to Dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b) (6). Defendants Glynn County, Georgia, Sheriff Neal Jump, Chief Magistrate Judge Alex Atwood, and Public Defender Reid Zeh are entitled to dismissal of Plaintiff's Complaint in its entirety.

This 9th day of May, 2018.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia State Bar Number: 687830

/s/ Bradley J. Watkins
Bradley J. Watkins
Georgia State Bar Number: 740299

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com
bwatkins@brbcsw.com

ATTORNEYS FOR DEFENDANTS

/s/ Aaron W. Mumford
Aaron W. Mumford
Georgia Bar No. 529370
701 G. Street, 2ND Floor
Brunswick, GA 31520
(912) 554-7597

ATTORNEY FOR GLYNN COUNTY, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARGERY FREIDA MOCK and ERIC SCOTT OGDEN, JR., individually and on behalf of others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> GLYNN COUNTY, GEORGIA; E. NEAL JUMP, Glynn County Sheriff; ALEX ATWOOD, Glynn County Chief Magistrate Judge; and B. REID ZEH III, Glynn County Misdemeanor Public Defender, <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * Case Number: 2:18-cv-25 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 9th day of May, 2018.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar Number: 687830
Attorney for Defendants