# In the United States District Court for the Southern District of Georgia Brunswick Division

MARGERY FREIDA MOCK and ERIC SCOTT OGDEN, JR., individually and on behalf of others similarly situated,

    Plaintiffs,

v.

GLYNN COUNTY, GEORGIA; E. NEAL JUMP; ALEX ATWOOD; AND B. REID ZEH, III;

    Defendants.

No. 2:18-cv-25

## ORDER

On March 9, 2018, Plaintiffs filed: the Complaint; a motion for class certification; a motion for temporary restraining order; and a motion for preliminary injunction. Dkt. Nos. 1, 4, 5, and 6. Plaintiffs filed a single brief in support of both the motion for temporary restraining order and the motion for preliminary injunction. Dkt. No. 5-1. The next day, Plaintiffs filed a motion to withdraw their motion for temporary restraining order, which the Court granted. Dkt. Nos. 18, 42. The Court understood the Plaintiffs to be withdrawing their motion for preliminary injunction as well. It now seems clear

that they are not. See Dkt. No. 50 (opposing a stay because of its potential to bar Plaintiffs' opportunity to be granted preliminary relief). Because this case involves rapidly changing circumstances, the parties may wish to submit additional briefing on the motion for preliminary injunction. The Court hereby orders the following schedule:

**June 26**: deadline for supplemental briefing in support of Plaintiffs' motion for preliminary injunction;

**July 10**: deadline for Defendants' response;

**July 24**: deadline for Plaintiffs' reply;

**July 25**: hearing on motion for preliminary injunction.

**SO ORDERED**, this 12th day of June, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA