# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| Margery Freida Mock and Eric Scott Ogden, Jr., *individually and on behalf of those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Glynn County, Georgia; E. Neal Jump, Glynn County Sheriff; Alex Atwood, Glynn County Magistrate Judge; and B. Reid Zeh, III, Glynn County Misdemeanor Public Defender;<br><br>Defendants. | Case No. 2:18-cv-0025-LGW-RSB<br><br>(Class Action) |

### [proposed] ORDER

Upon consideration of Plaintiffs' Motion for Leave to file a First Amended Complaint:

**IT IS ORDERED** that the motion is granted and Plaintiffs' proposed First Amended Complaint shall be filed. Plaintiffs shall file their First Amended Complaint within __ days of this Order. Defendants shall serve any amended answer within 21 days of service of the First Amended Complaint or 60 days of a waiver of service. Plaintiffs shall file amended versions of their Motion for Class Certification (Dkt. 4) and Memorandum in Support (Dkt. 4-1) contemporaneously with their First Amended Complaint.

//

//

//

1

2

SO ORDERED, this _____ day of _____, 2018.

                                          _____
                                          HON. LISA GODBEY WOOD, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF GEORGIA