| | | |
|---|---|---|
| **CLERK OF STATE COURT**<br>**GLYNN COUNTY**<br><br>912-554-7325 | No Tee Shirts, No Shorts and<br>No Flip Flops to be worn in the<br>Courtroom. No Weapons and<br>No Cellphones are allowed in<br>courthouse. | 701 H Street<br>Brunswick, GA 31520 |

## NOTICE OF ARRAIGNMENT

You are hereby commanded to appear at the State Court of Glynn County at 9:00 AM on on this the 1st day of April, 2015, the date set by the Court for your arraignment upon the charge listed below. HEREIN FAIL NOT: If you fail to appear at the appointed time, your bond will be forfeited. Your bondsman, names below if any, is hereby notified to have you present as required by law.

WITNESS the Honorable BART G. ALTMAN, Judge, State Court of Glynn County, this on this the 3rd day of March, 2015

Case Number:   CR21410459          Charge(s):   THEFT    BY    SHOPLIFTING  -
                                                MISDEMEANOR
                                                REQUEST FOR AMBULANCE SERVICE
                                                WHEN NOT REASONABLY NEEDED

**Defendant**
Robert Franklin Cox, Jr.
706 Greer PL
Brunswick GA  31520

Please be governed accordingly
**BRENDA BOONE-COVE, Clerk**
State Court of Glynn County

Bondsman:
Liberty Bail Bonds
207 Gloucester ST
Brunswick GA  31520

Attorney

**FILE COPY**

EXHIBIT 1