CR21410459 BT 

# IN THE STATE COURT OF GLYNN COUNTY

THE STATE OF GEORGIA
v.
ROBERT FRANKLIN COX, JR.

CASE NO. CR21410459
CHARGE
THEFT BY SHOPLIFTING

## ACCUSATION

On behalf of the People of the State of Georgia, the undersigned, as Prosecuting Attorney for the County and State aforesaid, does hereby charge and accuse ROBERT FRANKLIN COX, JR. with the offense of THEFT BY SHOPLIFTING - MISDEMEANOR for that ROBERT FRANKLIN COX, JR. in the County of Glynn and the State of Georgia on or about NOVEMBER 05, 2014, did with the intent of appropriating merchandise to HIS own use, without paying for the same, or to deprive the owner of possession thereof, from WINN DIXIE AT 1919 GLYNN AVENUE, a store of retail establishment shoplift, TO WIT: TWO BOXES OF VANILLA EXTRACT OF THE TOTAL VALUE OF $16.00, having a value of $300 or less, . . .

All of said act being contrary to the laws of this State, the good order, peace and dignity hereof.

MARIA S. LUGUE, II, SOLICITOR
State Court of Glynn County

WITNESS: OFC. JESSICA WHITTLE-FRAZIER, BRUNSWICK POLICE DEPARTMENT

Defendant waives arraignment, copy of the accusation, list of witness and

Pleads _____ GUILTY.  _____ JURY  _____ NONJURY

In Open Court, _____ day of _____, 20____.

_____                    _____
Defendant's Attorney                                      Bar Number

ISSUE IS JOINED

Accusation filed in this office, the 3 day of February, 2015.

**NOT GUILTY**
APR - 1 2015
**BENCH TRIAL**

Clerk, State Court of Glynn County

EXHIBIT 2