**Maria Lugue**

**To:** Maria Lugue
**Subject:** RE: Arraignments

---

**From:** Maria Lugue
**Sent:** Monday, April 06, 2015 12:07 PM
**To:** 'Jerry Ramsey'
**Subject:** RE: Arraignments

Transferring today. Thanks.

---

**From:** Jerry Ramsey [mailto:jerrellramsey@msn.com]
**Sent:** Wednesday, April 01, 2015 12:32 PM
**To:** Maria Lugue
**Subject:** Arraignments

Maria,

Robert Franklin Cox, Jr. entered a plea of not guilty this morning. He is charged with shoplifting CR 21410459. He has six prior shoplifting convictions. I thought you may want to consider sending it to Superior Court.

E. Jerrell Ramsey
Attorney at Law
1614 Union Street
Brunswick, GA 31520

This message originates from the law firm of E. Jerrell Ramsey. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you received this message in error, please notify me immediately at 912-262-9704.

EXHIBIT 3