IN THE STATE COURT OF GLYNN COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA, | * | CASE NUMBER: CR21410459 |
| | * | |
| VS | * | THEFT BY SHOPLIFTING. |
| | * | |
| ROBERT F. COX., JR, | * | |
| Defendant | * | |

## MOTION TO TRANSFER

COMES NOW, the State and files this Motion to Transfer to Superior Court and shows as follows:

1.

Defendant has MORE than four previous convictions for Theft By Shoplifting.

2.

**Per OCGA 16-8-14(C), Theft by shoplifting, upon conviction of a fourth or subsequent offense for shoplifting, where the prior convictions are either felonies or misdemeanors, the defendant commits a felony...**

3.

The State moves to Transfer the cases to Superior Court and the District Attorney's office should prosecute it.

WHEREFORE, the State requests the following:

a. That the above referenced case be transferred to Superior Court;

b. For any other relief the Court deems appropriate.

EXHIBIT 4

Submitted this 6TH day of April, 2015.

*[Signature: Maria S. Lugue]*
MARIA S. LUGUE, SOLICITOR
STATE COURT OF GLYNN COUNTY