IN THE STATE COURT OF GLYNN COUNTY

STATE OF GEORGIA

| STATE OF GEORGIA, | * | CASE NUMBER: CR21410459 |
| --- | --- | --- |
| VS | * | THEFT BY SHOPLIFTING. |
| ROBERT F. COX., JR, Defendant | * | |

## ORDER

The above and foregoing matter having been presented to the Court the same having been reviewed and considered, the same is hereby GRANTED.

Defendant's case is hereby transferred to Superior Court.

SO ORDERED, this 10th day of April, 2015.

*Bart B. Altman*
Judge, Glynn County State Court

JUDGE, STATE COURT OF GLYNN COUNTY

CLERK OF STATE COURT
GLYNN COUNTY, GEORGIA
2015 APR -6 PM 3:17
ORIGINAL FILED IN OFFICE

EXHIBIT 5