**Check:**

BARBARA R HAMILTON
PH. 229-382-5695
4418 FRAZIER CIR
TIFTON, GA 31793-6916

5256
64-1341/611

Date: 4-1-15

Pay to the order of: Reid Zeh    $2500.00

Two Thousand Five Hundred ---------- Dollars

BB&T BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT / BBT.com

For: Robert F. Cox, Jr.    Signature: Barbara R Hamilton

⑆061113415⑆ 0005401 2833 ⑈ 05256

---

**Envelope (return address):**

Ms. Barbara Hamilton
4418 Frazier Cir
Tifton, GA 31793

TALLAHASSEE FL 323
01 APR 2015 PM 3 T

*The Hamiltons*

SONNY • BARBARA • MURPHY • MILLIE • AMBER • SONNY • BARBARA • MURPHY • MILLIE • AMBER • SONNY • BARBARA • MURPHY • MILLIE • AMBER

---

**Handwritten note:**

Reid,

This payment is for my son Robert F. Cox, Jr. We talked Wednesday afternoon.

Thanks,
Barbara Hamilton

EXHIBIT 6