IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA<br>Plaintiff, | * WARRANT NUMBERS:14-02885 & 14-02886<br>* THEFT BY SHOPLIFTING & REQUEST<br>* FOR AMBULANCE SERVICES WHEN<br>* NOT RESONABLY NEEDED |
| ROBERT FRANKLIN COX, JR.,<br>Defendant. | |

## ENTRY OF APPEARANCE

COMES NOW, the Defendant in the above styled action, and files this, his Entry of Appearance and shows this Court the following:

1.

The Defendant has employed B. Reid Zeh III, whose address is 1628 Union Street, Brunswick, Georgia, 31520, as his attorney of record in the above styled action.

2.

Defendant would further request this Court that his attorney be notified of any and all Court dates, conferences and the like as they pertain to the above styled action.

This the 14th day of April, 2015.

_____
B. Reid Zeh III
Attorney for Defendant
Georgia Bar No. 784827

B. Reid Zeh III, P.C.
1628 Union Street
Brunswick, GA 31520
(912) 264-8778 – Telephone
(912) 264-4225 - Facsimile

EXHIBIT 7

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Entry of Appearance upon the following:

Jackie Johnson
District Attorney's Office
701 "H" Street
Brunswick, GA 31520

by U.S. Mail, on this the ___14th___ day of ___Aug___, 2015.

_____
B. Reid Zeh III
Attorney for Defendant
Georgia Bar No. 784827

B. Reid Zeh III, P.C.
1628 Union Street
Brunswick, GA 31520
(912) 264-8778 – Telephone
(912) 264-4225 - Facsimile