# United States District Court
## Southern District of Georgia

MARGERY FREIDA MOCK; and ERIC SCOTT OGDEN, JR., Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

GLYNN COUNTY GEORGIA; E. NEAL JUMP, Glynn County Sheriff; ALEX ATWOOD, Glynn County Chief Magistrate Judge; B. REID ZEH, III, Glynn County Misdemeanor Public Defender,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:18-cv-25

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 2, 2019, and the parties' Joint Stipulation of Dismissal, the Court dismisses with prejudice all of Plaintiffs' claims against Defendants. This case stands closed. The Court shall retain jurisdiction for up to five years from the date of this judgment to enforce the terms of the Settlement Agreement reached by the parties in this case.

Approved by: _____

July 8, 2019
Date



Scott L. Poff
Clerk

_____
(By) Deputy Clerk